UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT L SPILLARD,<br><br>     Plaintiff,<br><br>v.<br><br>NURSE IVERS, et al.,<br><br>     Defendants. | Case No. 19-cv-01407-JST<br><br>**ORDER OF DISMISSAL**<br><br>Re: ECF No. 64 |

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2024, the parties filed a joint stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). ECF No. 64. In relevant part, the joint stipulation states as follows:

> Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and the terms of the settlement agreement, Plaintiff Everett L. Spillard and Defendants Dr. Michael Burleson and Nurse Iver Lien collectively stipulate to the dismissal of the entire action, with prejudice. Each party shall bear its own attorneys' fees and costs.

ECF No. 64. The stipulation is signed by both counsel for Plaintiff and counsel for Defendants. *Id.* The Court GRANTS the parties' joint request and stipulation to dismiss this action with prejudice; and ORDERS that this entire action and Defendants are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: June 12, 2024

JON S. TIGAR
United States District Judge